# United States Court of Appeals for the Federal Circuit

_____

June 11, 2018

**ERRATA**

_____

Appeal No. 2015-1555

**AGILITY LOGISTICS SERVICES COMPANY KSC,**
*Appellant*

**v.**

**JAMES N. MATTIS, SECRETARY OF DEFENSE,
MARK T. ESPER, SECRETARY OF THE ARMY,**
*Appellees*

Decided: April 16, 2018
Precedential Opinion

_____

In the caption, please change the name of the Acting Secretary of the Army to Mark T. Esper, Secretary of the Army, as listed above.